United States District Court
District of South Carolina

Jonathan Lee Riches; Alfred Blasband, and all others similarly situated,
Plaintiffs

V.

Steven M. Rales d/b/a Danaher corp; Mitchell P. Rales,
Defendants

Class Action Suit Pursuant to Fed R Civ P 20 &23, 42 USC 1983 / TRO

Defendants violated Plaintiffs 6th amendment rights under Booker and Fan Fan. Plaintiffs did not recieve proper counsel, a violation of Strickland v. Washington. Defendants Rales is a deliberate indifference at Plaintiffs under Farmer v. Brennan. Plaintiffs seek a restraining order, Plaintiffs are in danger